| | |
|---|---|
| 1 | JOHN L. SLAFSKY, State Bar No. 195513 |
|   | MATTHEW J. KUYKENDALL, State Bar No. 248320 |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 4 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | jslafsky@wsgr.com |
|   | mkuykendall@wsgr.com |

Attorneys for Plaintiff and Counter-Defendant
BUDDY MEDIA, INC.

JEREMY S. ROSENBERG, State Bar No. 263116
LAW OFFICES OF ROSENBERG & ROSENBERG
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3646
Facsimile: (213) 236-3501
jeremy@rosenbergesq.com

Attorneys for Defendant and Counterclaimant
THE BUDDY GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BUDDY MEDIA, INC., a Delaware corporation, | CASE NO.: 12-CV-05920-SI |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND DEADLINE FOR EARLY NEUTRAL EVALUATION SESSION AND [~~PROPOSED~~] ORDER (Civil L.R. 6-2)** |
| THE BUDDY GROUP, INC., a California corporation, | |
| Defendant. | |
| THE BUDDY GROUP, INC., a California corporation, | |
| Counterclaimant, | |
| v. | |
| BUDDY MEDIA, INC., a Delaware corporation, and DOES 1 through 10, | |
| Counter-Defendants. | |

WHEREAS, on February 12, 2013, the Court entered an order requiring the parties to hold an Early Neutral Evaluation ("ENE") session by May 13, 2013;

WHEREAS, on March 1, 2013, the parties held the Initial Case Management Conference at which the Court set a date of May 17, 2013 for the parties to hold a Further Case Management Conference;

WHEREAS the Court has appointed two successive ENE evaluators, but both of the appointments have been vacated, due to potential conflicts of interest, preventing the ENE session from being scheduled;

WHEREAS the Court intends to appoint a new ENE evaluator;

WHEREAS this is the first request for the Court to change time of a Case Management Conference or of any dates in this proceeding;

NOW THEREFORE it is stipulated and agreed:

1. The deadline for the parties to hold the ENE session shall be set for July 13, 2013;

2. The Case Management Conference, currently set for May 17, 2013, shall be continued to July 17, 2013 or to a date thereafter convenient for the Court; and

3. All other pretrial and trial dates are to be continued, as determined by the Court, after the ENE session occurs, and at the anticipated Case Management Conference.

The parties respectfully request that the Court enter an Order approving this Stipulation. A propose order is attached hereto.

Dated: April 15, 2013                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         By: /s/ John L. Slafsky
                                             JOHN L. SLAFSKY

                                         Attorneys for Plaintiff and
                                         Counter-Defendant
                                         BUDDY MEDIA, INC.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2013 | LAW OFFICES OF ROSENBERG & ROSENBERG |
| 2 | | |
| 3 | | By: /s/Jeremy S. Rosenberg |
| 4 | | JEREMY S. ROSENBERG |
| 5 | | Attorneys for Defendant and Counterclaimant THE BUDDY GROUP, INC. |
| 6 | | |
| 7 | Of Counsel | |
| 8 | David A. Berstein | |
| 9 | Nicholas D. Myers<br>MYERS LIN, LLP<br>7545 Irvine Center Drive, Suite 200 | |
| 10 | Irvine, CA  92618 | |

**[PROPOSED] ORDER**

1 

2  The parties shall hold an ENE session by ____July 13, 2013____.

3  The Further Case Management Conference shall be continued to ____7/19/13____.

4  All other pretrial and trial dates are to be continued, as determined by the Court after the

5  ENE session occurs.

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  Dated: ____4/16/13____                    _____
                                              HON. SUSAN ILLSTON
9                                             United States District Judge

STIPULATED REQUEST FOR ORDER CHANGING         -4-
TIME AND [PROPOSED] ORDER