IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDDY MEDIA INC, <br><br> Plaintiff, <br><br> v. <br><br> THE BUDDY GROUP INC, <br><br> Defendant. <br> _____/ | No. C 12-05920 SI <br><br> **SECOND** <br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 8, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 13, 2014.

DESIGNATION OF EXPERTS: 12/4/13; REBUTTAL: 1/10/14.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 13, 2014, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by March 7, 2014;

Opp. Due March 21, 2014 ; Reply Due March 28, 2014;

and set for hearing no later than April 11, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 27, 2014 at 3:30 PM.

JURY TRIAL DATE: June 9, 2014 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/23/13

_Susan Illston_
SUSAN ILLSTON
United States District Judge