1  JOHN L. SLAFSKY, State Bar No. 195513
   MATTHEW J. KUYKENDALL, State Bar No. 248320
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, California  94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
5  jslafsky@wsgr.com
   mkuykendall@wsgr.com
6

   Attorneys for Plaintiff and Counter-Defendant
7  BUDDY MEDIA, INC. N/K/A BUDDY MEDIA, LLC

8  Jeremy S. Rosenberg, Esq., State Bar No. 263116
   LAW OFFICES OF ROSENBERG & ROSENBERG
9  200 Pacific Coast Hwy, Unit #343
   Huntington Beach, CA 92648
10 Telephone: (805) 252-1354
   Jeremy@rosenbergesq.com
11
   David A. Berstein, State Bar No. 204472
12 Nicholas D. Myers, State Bar No. 251809
   MYERS LIN, LLP
13 7545 Irvine Center Drive, Suite 200
   Irvine, California 92618
14 Telephone: (949) 623-8750
   Facsimile: (949) 623-8759
15 david.berstein@myerslin.com

16 Attorneys for Defendant and Counterclaimant
   THE BUDDY GROUP, INC.
17

18                  UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                       SAN FRANCISCO DIVISION
21

22 | BUDDY MEDIA, INC., | ) | CASE NO.:  12-CV-05920-SI |
   | a Delaware corporation, | ) | |
23 | | ) | |
   | Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
24 | | ) | **ORDER OF DISMISSAL WITH** |
   | v. | ) | **PREJUDICE** |
25 | | ) | |
   | THE BUDDY GROUP, INC., | ) | |
26 | a California corporation, | ) | Judge:    Hon. Susan Illston |
   | | ) | |
27 | Defendant. | ) | |
   | | ) | |
28

| | |
|---|---|
| THE BUDDY GROUP, INC., a California corporation, | ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| BUDDY MEDIA, INC., a Delaware corporation, and DOES 1 through 10, | ) ) ) |
| Counter-Defendants. | ) ) ) |

Plaintiff and Counter-Defendant Buddy Media, Inc. n/k/a Buddy Media, LLC ("Plaintiff") and Defendant and Counterclaimant The Buddy Group, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate that all claims raised in the complaint and counterclaims in the above-identified action shall be dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41. The parties agree further that each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated: October 30, 2013     WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation

                            By: /s/ John L. Slafsky
                                JOHN L. SLAFSKY
                                MATTHEW J. KUYKENDALL

                            Attorneys for Plaintiff and
                            Counter-Defendant
                            BUDDY MEDIA, INC. N/K/A
                            BUDDY MEDIA, LLC

Dated: October 30, 2013     MYERS LIN, LLP

                            By: /s/ Nicholas D. Myers
                                NICHOLAS D. MYERS
                                DAVID A. BERSTEIN

                            Attorneys for Defendant and
                            Counterclaimant
                            THE BUDDY GROUP, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:   10/30/13                           _____
                                               HON. SUSAN ILLSTON
                                               United States District Judge

**CERTIFICATION**

I, John L. Slafsky, am the ECF User whose identification and password are being used to file the **Stipulation and [Proposed] Order of Dismissal with Prejudice**. In compliance with General Order 45.X.B, I hereby attest that Nicholas Myers has concurred in this filing.

Dated:  October 30, 2013                             WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation

                                                     By: /s/ John L. Slafsky
                                                           JOHN L. SLAFSKY

                                                     Attorneys for Plaintiff and
                                                     Counter-Defendant
                                                     BUDDY MEDIA, INC. N/K/A
                                                     BUDDY MEDIA, LLC

# CERTIFICATE OF SERVICE BY MAIL

I, Elvira Minjarez, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

>   Nicholas D. Myers
>   MYERS LIN, LLP
>   7545 Irvine Center Drive, Suite 200
>   Irvine, California 92618

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on October 30, 2013.

*Elvira Minjarez*
Elvira Minjarez